# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM COLE

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C08-5128RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's complaint is hereby dismissed.

|  |  |
|---|---|
| June 24, 2008 | BRUCE RIFKIN |
| Date | Clerk |
|  | s/Caroline M. Gonzalez |
|  | Deputy Clerk |